UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

PETE AND GINGER HINSKEN,

    Plaintiffs,

    v.

ALYSSA ZACH *et* al.,

    Defendants

Case No. C06-5107RBL

ORDER DENYING PLAINTIFF'S MOTION FOR COPIES AND INSTRUCTING PLAINTIFF TO SERVE FUTURE MOTIONS ON COUNSEL OR THE DEFENDANTS

    This Civil Rights action has been referred to the undersigned Magistrate Judge pursuant to Title 28 U.S.C. § 636(b)(1)(B). Before the court are two motions. Plaintiff asks for the status of his case in the first motion. (Dkt. # 12). He asks for copies of his complaint and other documents in the second motion, (Dkt. # 13).

    At the time plaintiff made the motion regarding the status of his case he had been ordered to provide service documents. (Dkt. # 10). Service documents were received on May 22nd, 2006 and the court ordered the United States Marshals Service to attempt service by mail on May 30th, 2006. (Dkt. # 14). The motion for copies was made as plaintiff did not keep a copy of his complaint and he was unable to provide service documents. (Dkt. # 13 and attached letter). As the court has received the service copies the motion is **DENIED**.

ORDER

Further, plaintiff is warned that all future filings must be served on opposing counsel once they appear in the case, or if a party appears without counsel then on the opposing party

The Clerk is directed to send a copy of this Order to plaintiff, and to any defendant who has appeared and to remove docket numbers 12 and 13 from the court's calendar.

DATED this 1st day of June 2006.

/S/ J. Kelley Arnold
J. Kelley Arnold
United States Magistrate Judge

ORDER