UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

PETE HINSKEN *et al.*,

    Plaintiffs,

v.

ALYSSA ZACH *et al.*,

    Defendants.

Case No. C06-5107RBL

ORDER ADOPTING REPORT AND RECOMMENDATION

The Court, having reviewed, the Report and Recommendation of Magistrate Judge J. Kelley Arnold, objections to the Report and Recommendation, if any, and the remaining record, does hereby find and ORDER:

(1) The Court adopts the Report and Recommendation;

(2) Defendant Alyssa Zach is entitled to prosecutorial immunity and is **DISMISSED** from this action **WITH PREJUDICE**.

(3) The Clerk is directed to send copies of this Order to plaintiff, counsel for defendants, and to the Hon. J. Kelley Arnold.

DATED this 19th day of January, 2007.

RONALD B. LEIGHTON
UNITED STATES DISTRICT JUDGE

ORDER
Page - 1