UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| PETE HINSKEN *et al.*, <br><br> Plaintiffs, <br><br> v. <br><br> ALYSSA ZACH *et al.*, <br><br> Defendants. | Case No.  C06-5107RBL <br><br> ORDER ADOPTING REPORT AND RECOMMENDATION |

The Court, having reviewed, the Report and Recommendation of Magistrate Judge J. Kelley Arnold, objections to the Report and Recommendation, if any, and the remaining record, does hereby find and ORDER:

(1) The Court adopts the Report and Recommendation;

(2) Defendants motion for Summary Judgment is **GRANTED.**  The only remaining claim in this action was the cross claim filed by defendant Alyssa Zach. Defendant Zach has voluntarily dismissed her counterclaim [Dkt. #58].  The Clerk shall close this case.

(3) The Clerk is directed to send copies of this Order to plaintiff, counsel for defendants, and to the Hon. J. Kelley Arnold.

DATED this 1st day of May, 2007.

/s/ Ronald B. Leighton
RONALD B. LEIGHTON
UNITED STATES DISTRICT JUDGE

ORDER
Page - 1