# United States District Court

WESTERN DISTRICT OF WASHINGTON

PETE HINSKEN, et al.,,
       Plaintiff,
  v.

ALYSSA ZACH, et al.,
       Defendants,

JUDGMENT IN A CIVIL CASE

CASE NUMBER: C06-5107RBL

___ **Jury Verdict**. This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

X  **Decision by Court**. This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED

The Court Adopts the Report and Recommendation.

Defendants motion for Summary Judgment is GRANTED. The only remaining claim in this action was the cross claim filed by defendant Alyssa Zach. Defendant Zach has voluntarily dismissed her counterclaim (Dkt. #58). The clerk shall close this case.

May 2, 2007
                                  BRUCE RIFKIN
                                          Clerk

                                  /s/ Pat LeFrois
                                  Deputy Clerk